

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Heather Marie Tidwell

No. 06-21-00079-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED NOVEMBER 4, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk